In the Matter of FRANCIS D. MACKIN, an Attorney. [44 NYS3d 786]—

Per Curiam. Francis D. Mackin was admitted to practice by this Court in 2011 and lists a business address in Marlton, New Jersey with the Office of Court Administration. Mackin

now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Mackin's application.

Upon reading the affidavit of Mackin sworn to September 27, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Mackin is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Peters, P.J., McCarthy, Garry, Mulvey and Aarons, JJ., concur. Ordered that Francis D. Mackin's application to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Francis D. Mackin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Francis D. Mackin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.